IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 18-cr-30022 |
| ) | |
| BROCK PURDY, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by John E. Childress, United States Attorney for the Central District of Illinois, and Victor B. Yanz, Assistant United States Attorney, respectfully shows to this Honorable Court that Brock Purdy, MNI# 1872, is now confined in the Menard County Jail, Petersburg, Illinois, in the custody of the Sheriff thereof.

That Brock Purdy's appearance is necessary in connection with the above hearing on Friday, May 18, 2018 at 2:00 p.m.

That, in the interest of all parties, it is necessary that Brock Purdy be transported to the Central District of Illinois and be produced before the Honorable Tom Schanzle-Haskins at the Federal Building at 600 East Monroe Street, Springfield, on Friday, May 18, 2018 at 2:00 p.m.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Sheriff of the Menard County Jail, Petersburg, Illinois,

and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport Brock Purdy to the Central District of Illinois, and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on Friday, May 18, 2018 at 2:00 p.m. for hearing in the above-captioned case and as necessary on any date thereafter.

    Respectfully submitted,

    JOHN E. CHILDRESS
    UNITED STATES ATTORNEY

    /s/ Victor B. Yanz
    Victor B. Yanz
    Assistant United States Attorney
    318 South 6th Street
    Springfield, IL 62701
    Telephone: 217/492-4450

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-cr-30022 |
| | ) | |
| BROCK PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   The Sheriff of Menard County Jail, Petersburg, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Sheriff of the Menard County Jail, Petersburg, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Brock Purdy, MNI# 1872, to the Central District of Illinois, and to produce him before the Honorable Tom Schanzle-Haskins in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on Friday, May 18, 2018 at 2:00 p.m., and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Brock Purdy to the Menard County Jail, Petersburg, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Kenneth A. Wells, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of

_____, 2018.

                                                                                   _____
KENNETH A. WELLS, Clerk
United States District Court
for the Central District of Illinois

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-cr-30022 |
| | ) | |
| BROCK PURDY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Brock Purdy, MNI# 1872, is now confined in the Menard County Jail, Petersburg, Illinois, in the custody of the Sheriff thereof, it further appearing that the said Brock Purdy is the defendant in this cause and his appearance is necessary on Friday, May 18, 2018 at 2:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of Menard County Jail, Petersburg, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Brock Purdy to the Central District of Illinois and to produce him before the Honorable Tom Schanzle-Haskins in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on Friday, May 18, 2018 at 2:00 p.m., and on any date necessary for hearing and from day to day thereafter until he shall have been released.

_____
United States Magistrate Judge

ENTERED:   This _____ day of _____, 2018.