3:18-cr-30022-SEM-KLM    # 127    Page 1 of 9
ILCD v 1.0
E-FILED
Friday, 27 May, 2022 03:34:12 PM
11/18/21
Clerk, U.S. District Court, ILCD

Zoom Connection Information for Judge Myerscough

Zoom Link: https://zoom.com/join

Meeting ID: **160 933 85946**

Audio Only (Call In): 551-285-1373

# *CONNECTION INSTRUCTIONS FOR PC*

### If You Already Have Zoom Installed on Your PC

**1. Open the Zoom application on your PC**



**2. Click the blue "Join Meeting" button**



**3. In the first box, enter the Meeting ID found above**

**4. In the second box, enter Your Name**

**5. Once you have filled both of those out, hit the Join button.**



ILCD v 1.0                                                                                                                                              11/18/21

## If You Do Not Have Zoom Installed on Your PC

Navigate to https://zoom.com/join
On the website, enter the meeting ID found at the top of this packet and then hit the **Join** button



A new screen will come up and at the bottom of it there will be a **Download Now** link. Select that link to download the zoom client for *this meeting*.



Depending on what web browser you are using (Chrome, Internet Explorer, Edge, Firefox), a download will start. Find where the download is at and open it like so



---

*Note*
If the courtroom deputy has not started the meeting yet, you will encounter this screen



Please keep this window open. Once the courtroom deputy starts the meeting, the screen will disappear, and you will be let into the waiting room.

ILCD v 1.0                                                                                                           11/18/21

Once the courtroom deputy starts the meeting, you will then come to a screen that looks like this



You will need to wait here until the courtroom deputy lets you into the meeting.

*Note*

*The courtroom deputy may send you a message while you are in the waiting room letting you and the other participants know if a hearing is running late or may provide other instructions. If you get a message while waiting for the courtroom deputy to let you into the meeting your screen will display a chat window on the right side like this one:*



ILCD v 1.0                                                                                                                                11/18/21

Once you have been admitted into the meeting you will get a pop up that looks like this. Select the **Join with Computer Audio** button.



ILCD v 1.0 11/18/21

# *Connection Instructions for Mobile Devices*

Open Zoom on your Phone

| If you **have** a Zoom account and are already signed in, select the blue **Join** button at the top of the screen | If you **do not have** a Zoom account, open Zoom and select the blue **Join Meeting** button |
|---|---|

In the first box, enter the **Meeting ID** found above
In the second box, enter **Your Name**
Once you have filled both of those out, hit the **Join** button.



ILCD v 1.0                                                                                                                                          11/18/21

> **\*Note\***
> *If the courtroom deputy has not started the meeting yet, you will encounter this screen*



**You may encounter a screen asking you if you want to join with video. Depending on how you need to be present in the hearing, toggle your video on or off here.**



**Once the courtroom deputy starts the meeting, your screen will change to this. You will need to wait here until the courtroom deputy lets you into the meeting.**



> ***Note***
> *The courtroom deputy may send you a message while you are in the waiting room letting you and the other participants know if a hearing is running late or may provide other instructions. If you get a message while waiting for the courtroom deputy to let you into the meeting it will appear in the top left corner of your screen. Touching the chat icon will bring up the message*




Once you have been admitted into the meeting, Zoom will ask you to enable your audio. Select the **WiFi or Cellular Data** option

